CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 27 2012

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| JAMES F. CLARK, | ) | CASE NO. 7:11CV00570 |
| | ) | |
| Plaintiff, | ) | |
| | ) | FINAL ORDER |
| vs. | ) | |
| | ) | |
| | ) | |
| NORMAN DOWDY, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice as legally frivolous, pursuant to 28 U.S.C. § 1915A(b)(1); plaintiff's motion for appointment of counsel (ECF No. 2) is **DENIED**; and this action is stricken from the active docket of the court.

**ENTER**: This 26th day of January, 2012.

_____
Chief United States District Judge